AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00146 |
| Michael Asbury | ) Assigned To : Harvey, G. Michael |
| DOB: XXXXXX | ) Assign. Date : 6/27/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 6, 2021** in the county of _____ in the _____ in the District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231 (a)(3) | -Civil Disorder |
| 18 U.S.C. § 1752(a)(1) | - Entering or Remaining in an Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(2) | - Disorderly or disruptive conduct in, a restricted building or grounds |
| 18 U.S.C. § 1752(a)(4) | - Engaging in physical violence in a restricted building or grounds |
| 40 U.S.C. § 5104(e)(2)(D) | - Disorderly conduct in a capitol building |
| 40 U.S.C. § 5104(e)(2)(F) | - Act of physical violence in the capitol grounds or buildings |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Jessi Ann Mann , Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 06/27/2023

*Judge's signature*

City and state: Washington, D.C.    G. Michael Harvey , U.S. Magistrate Judge
*Printed name and title*